UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

JAMES SHAY HENNESSEE )
)
v. ) NO. 4:13-cv-70
) *Mattice/Lee*
LINCOLN COUNTY SHERIFF'S DEP'T )

### MEMORANDUM

This prisoner's *pro se* civil rights suit under 42 U.S.C. § 1983 is before the Court upon plaintiff's motion to dismiss his case voluntarily, (Doc. 3). The motion is **GRANTED**, and this case will be **DISMISSED** without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure.

A separate order will enter.

**ENTER**:

  */s/Harry S. Mattice, Jr.*
  HARRY S. MATTICE, JR.
  UNITED STATES DISTRICT JUDGE