UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

JAMES SHAY HENNESSEE )
)
v. ) NO. 4:13-cv-70
) *Mattice/Lee*
LINCOLN COUNTY SHERIFF'S DEP'T )

## JUDGMENT ORDER

In accordance with the memorandum this day entered, this prisoner's *pro se* civil rights suit under 42 U.S.C. § 1983 is **DISMISSED without prejudice** under Rule 41(a) of the Federal Rules of Civil Procedure. In the unlikely event that plaintiff would file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis* because, given the reason for this dismissal, any appeal from this decision would not be taken in good faith and would be totally frivolous. *See* 28 U.S.C. § 1915(a)(3).

**SO ORDERED**.

**ENTER**:

_____/s/Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
____s/ *Debra C. Poplin*_____
CLERK OF COURT